UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket No. 1:21-CV-11784-ADB

| | |
|---|---|
| KARINE BAEZ and JAQUELINI DA SILVERIA, on behalf of themselves And others similarly situated,<br><br>     Plaintiffs,<br>V.<br><br>KELLERMEYER BERGENSONS SERVICES, LLC, JS JANITORIAL SERVICE, INC., and EDIMAR EVANGELISTA, individually<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| KELLERMEYER BERGENSONS SERVICES, LLC.<br> Defendant and Third-Party Plaintiff<br><br>     V.<br><br>MAJESTIC QUALITY MAINTENANCE, INC.,<br> Third Party Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION AND FLSA COLLECTIVE SETTLEMENT**

Plaintiffs, Karine Baez and Jaquelini Da Silveira, on behalf of themselves and all others similarly situated, hereby move for final approval of a class and collective action settlement ("Settlement") in the above-captioned action. Defendant Kellermeyer Bergensons Services, LLC ("KBS"), and Third-Party Defendant Majestic Quality Maintenance, Inc. ("MQM") (collectively

1

"Defendants"), do not oppose this motion. The Court has granted a preliminary approval of this Class and Settlement on June 6, 2023. Plaintiffs request the following:

a. For purposes of settlement only, final approval of the Stipulation of Settlement and Release ("Settlement Agreement") attached to Plaintiffs' Memorandum of Law in Support of this Motion (filed concurrently herewith) as Exhibit A;

b. For purposes of settlement only, final appointment of Plaintiffs Karine Baez and Jaquelini Da Silveira, as Class Representatives of the Rule 23 Class and Fair Labor Standards Act ("FLSA") Collective;

c. For purposes of settlement only, final appointment of Class Counsel, Raymond Dinsmore, Esq., as counsel for the Rule 23 Class and FLSA Collective;

d. For purposes of settlement only, certification of the Rule 23 Class consisting of JS Services, Inc ("JS") -employed janitorial workers who worked at Amazon's Stoughton, MA and/or Fall River, MA warehouses during the period of April 1, 2020, through December 1, 2021

e. For purposes of settlement only, certification of the FLSA Collective pursuant to 29 U.S.C.§ 216(b); and

f. Entry of a Final Approval Order.

This Settlement is a fair and reasonable result for the Rule 23 Class and FLSA Collective and was reached only after rigorous arms' length negotiations between the Parties. For the reasons set forth in Plaintiffs' memorandum of law filed concurrently herewith, Plaintiffs hereby request the Court approve this Settlement pursuant to Rule 23(c) of the Federal Rules of Civil Procedure and the FLSA.

Dated: September 26, 2023

                                              Respectfully submitted,

Attorneys for Plaintiffs
Karine Baez and Jaquelini Da Silveira,

   */s/ Raymond Dinsmore*
Raymond Dinsmore, Esq. (BBO# 667340)
Hayber, McKenna & Dinsmore, LLC
One Monarch Place, Suite 1340
Springfield, MA 01144
Office: (413) 785-1400
Fax: (413) 341-3640
RDinsmore@HayberLawFirm.com

CERTIFICATE OF SERVICE

I, Raymond E. Dinsmore, hereby certify that on September 26, 2023, a copy of Plaintiffs' Motion for Final Approval of Class Action and FLSA Collective Settlement has been filed electronically through CM/ECF and served electronically on the following counsel of record:

| COUNSEL FOR KELLERMEYER BERGENSONS SERVICES, LLC | COUNSEL FOR MAJESTIC QUALITY MAINTENANCE, INC. |
|---|---|
| Katherine S. Kayatta<br>PIERCE ATWOOD LLP<br>Merrill's Wharf<br>254 Commercial Street<br>Portland, ME 04101<br>kkayatta@pierceatwood.com | Ranen S. Schechner<br>Law Office of Ranen S. Schechner 10 Cedar Street, Suite 26<br>Woburn, MA 01801<br>schechner@gmail.com |

Dated: September 26, 2023             /s/ Raymond Dinsmore
                                      Raymond Dinsmore